

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00158-CR

**JOHN WESLEY VAUGHN,**

                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                **Appellee**

---

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 15-00320-CRF-85

---

## O R D E R

---

Appellant's motion for rehearing dated January 14, 2019 is denied.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins[1]
Motion Denied
Order delivered and filed February 13, 2019



---

[1] The Honorable Al Scoggins, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003 (West 2013).